UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.C.G. and D.G., *individually and as next friend for their child E.G.*,

                            Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

                           Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-cv-1337 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 1, 2023, the parties were heard in an initial case management conference. The proposed case management plan at Dkt. No. 17, Ex. 1 was approved. The parties were directed to file a jointly proposed briefing schedule for dispositive motions to the Court by June 15, 2023. The Court GRANTED limited discovery which is to be produced by June 30, 2023.

SO ORDERED.

DATED:   New York, New York
            June 1, 2023

                                                           _____
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge