UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
D.C.G. and D.G., individually and as next friend for
their child E.G.,

                       Plaintiffs,              **NOTICE OF PLAINTIFFS'**
                                                   **MOTION FOR PARTIAL**
          - against -                   **SUMMARY JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,     Civ. No. 23-1337 (JPC) (JW)
NEW YORK CITY BOARD OF EDUCATION,
CHANCELLOR DAVID BANKS, in his official capacity,
and THE CITY OF NEW YORK,

                       Defendants.
_____X

      **PLEASE TAKE NOTICE** that upon Plaintiffs' accompanying Statement of Material Facts Pursuant to Local Civil Rules, Rule 56.1, Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, the Declaration of Erin McCormack-Herbert, Esq. in Support of Plaintiffs' Motion for Partial Summary Judgment and the exhibit attached thereto, the underlying administrative record, as well as all prior pleadings and proceedings, Plaintiffs will move this Court, before the Hon. Jennifer E. Willis, United State Magistrate Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 56 awarding them partial summary judgment on their claims for reversal of the final administrative decision of the New York State Review Officer dated October 27, 2022 and an award of compensatory education under the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*, and such other and further relief as the

1

Court may deem just and proper.

Dated:	August 14, 2023
	New York, New York

                THE LAW OFFICE OF ELISA HYMAN, P.C.

                By: _____S/_____
                Erin McCormack-Herbert, Senior Attorney
                The Law Office of Elisa Hyman, P.C.
                1115 Broadway, 12th Floor
                New York, NY 10010
                Phone: (646) 572-9056
                emccormack@specialedlawyer.com

To:	Shlomit Aroubas
	Senior Counsel
	General Litigation Division
	NYC Law Department
	*Attorney for Defendants*
	100 Church Street
	New York, NY 10007
	Phone: (212) 356-8768
	Email: saroubas@law.nyc.gov