UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.C.G. and D.G., *individually and as next friend for their child E.G.*,

                    Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-cv-1337 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court was informed that the entry at Dkt. No. 33 was erroneously filed to this case docket. Dkt. No. 34. As the filing appears to relate to a different case the Clerk of the Court is respectfully requested to strike the filing at Dkt. No. 33 from the docket.

SO ORDERED.

DATED:   New York, New York
              September 21, 2023

                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge