UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

D.C.G. and D.G., individually and as next
friend for their child E.G.,

                                              Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
NEW YORK CITY BOARD OF EDUCATION,
CHANCELLOR DAVID BANKS, in his official capacity,
and THE CITY OF NEW YORK,

                                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

23-cv-1337(JPC)(JW)

**PLEASE TAKE NOTICE** that, upon defendant's memorandum of law in support of their cross motion for summary judgment, dated September 27, 2023 and all other pleadings and proceedings herein, defendants will move this Court before the Honorable John P. Cronan at the United States District Courthouse for the Southern District of New York located at 500 Pearl St. New York, NY 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the Complaint and granting such other relief as to this Court seems proper.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, must be served on the undersigned by October 27, 2023.

Dated:       New York, New York
                September 27, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendant*
100 Church Street
New York, New York 10007
(212) 356-8766
jimbiano@law.nyc.gov

By:   /s/
      Jason Imbiano
      Assistant Corporation Counsel

TO:   By USPS
      Plaintiffs, *pro se*

2