UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.C.G. and D.G., *individually and as next friend for their child E.G.*,

                              Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                             Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-cv-1337 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants' letter requesting that Dkt. No. 47 be sealed and replaced with a redacted version because the existing version includes the name of the minor child. Dkt. No. 49. This request is GRANTED. The redacted version at Dkt. No. 49, p. 3-18 will be used instead, and should remain available to the public.

      **The Clerk of the Court is respectfully requested to seal the entry at Dkt. No. 47 in its entirety, and the document should be accessible only to counsel of record and the Court.**

      SO ORDERED.

DATED:    New York, New York
              December 13, 2023

                                                    */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge