# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

February 23, 2024

**BY ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *D.C.G. et al. v. New York City Dep't of Educ. et al.*
      No. 23-cv-1337 (JPC) (JW)

Dear Judge Cronan:

    I am counsel for the Plaintiffs in above-referenced matter. I am writing to respectfully request an extension of time to file objections to the Report & Recommendation of Magistrate Judge Jennifer E. Willis issued on February 15, 2024 concerning the parties' cross-motions for partial summary judgment. ECF No. 58. This is the first such request. Currently, objections to the Report & Recommendation are due on Thursday, February 29, 2024. Plaintiffs are requesting an 11-day extension to Monday, March 11, 2024. Jason Imbiano, Esq., counsel for Defendants, has consented to this request.

    Plaintiffs are requesting this extension to afford additional time to prepare and file their objections. The Report & Recommendation was issued shortly before the President's Day holiday, and I had been scheduled to work reduced hours this week, when my children are on a school break. In addition, another attorney in my office who has been working with me on this matter had a previously scheduled vacation this week outside of the United States. Consequently, due to the intervening holiday and school break, Plaintiffs respectfully request that Your Honor grant them additional time to prepare and file their objections.

    Thank you for Your Honor's consideration of this request.

The request is granted in part: Plaintiffs' deadline to file objections to the Report & Recommendation of the Honorable Jennifer E. Willis, Dkt. 58, is adjourned to March 5, 2024.

SO ORDERED
Date: February 23, 2024
New York, New York

*/s/ John P. Cronan*
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

_____/s_____
Erin McCormack-Herbert, Senior Attorney
(646) 572-9056
emccormack@specialedlawyer.com

cc:   **BY ECF**
      All Counsel of Record