UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
D.C.G. and D.G., *individually and as next friend for their child E.G.*,

                            Plaintiffs,

             -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                           Defendants.
------------------------------------------------------------------X

**ORDER**

**23-cv-1337 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the letter at Dkt. No. 61 containing a revised proposed redacted version of the prior letter at Dkt. No. 31-1. The document redacts identifying information of minor student E.G. and her parent Plaintiff D.C.G., along with privilege redactions of Defendants. Dkt. No. 61. Upon review, the revised redacted version is sufficiently narrowly tailored to balance privacy interests against the presumption of public access as required by Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 125 (2d Cir. 2006). The proposed redacted version is APPROVED. **The Clerk of the Court is respectfully directed to close the motion to seal at Dkt. No. 26, maintaining the seal on Dkt. No. 31**. A public version of the exhibit at Dkt. No. 31-1 is available at Dkt. No. 61-1.

Additionally, this Court addressed the letter at Dkt. No. 55 in its Report and Recommendation at Dkt. No. 58. **The Clerk of the Court is respectfully directed to close the motion at Dkt. No. 55.**

SO ORDERED.

DATED:   New York, New York
         March 4, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge

2