UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.C.G. and D.G., *individually and as next friend for their child E.G.*,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-cv-1337 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 30, 2024, District Judge John P. Cronan issued an order granting Defendants' motion for partial summary judgment.  The Parties are directed to meet and confer to file a joint letter proposing next steps in this action by **May 10, 2024** noting any disagreements.

    SO ORDERED.

DATED:    New York, New York
               April 25, 2024

*/s/ Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge