UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                    :

D.C.G. *et al.*,

                     Plaintiffs,

          23 Civ. 1337 (JPC)

       -v-

          ORDER

New York City Department of Education *et al.*,

                   Defendants.

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On February 4, 2025, the Court ordered the parties to file the stipulation of settlement on or before February 14, 2025. Dkt. 87. It is now well past that deadline, and the parties have not done so. Accordingly, on or before March 17, 2025, the parties shall submit a status letter updating the Court regarding the status of the stipulation of settlement.

       SO ORDERED.

Dated: March 10, 2025
       New York, New York

                                       JOHN P. CRONAN
                             United States District Judge